*Receipt #11090659*
*$1116.86 mo*

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re:     (Case Name) Mark R. Tarnowski _____ /Case # __09-11879CLB__
        Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

        Enclosed please find my Trustee's check in the amount of $1116.86 _____. I request that
the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed
below, with the U.S. Treasury as "unclaimed funds." I have made a diligent effort to locate the
claimant(s) for said funds and have been unable to locate the claimant(s).

Claimant __American Servicing Co.__ Amount $ 1116.86 ___ Claims Register # __3__

Claimant _____ Amount $_____ Claims Register #_____

Claimant _____ Amount $_____ Claims Register #_____

Claimant _____ Amount $_____ Claims Register #_____

Claimant _____ Amount $_____ Claims Register #_____



Trustee Name

F I L E D
OCT  1 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH MICROPRINTING

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**      **10105**

80-249/433

| Case | Debtor |
|------|--------|
| 09-11879 CLB | TARNOWSKI, MARK R |
| 92000248399566 | |

Dividend paid  1.34% on $82,749.00; Claim# 3; Filed: $82,749.00; Reference:

TID #520040

THOMAS J. GAFFNEY
80 WEST HURON STREET
BUFFALO NY 14202

**WFHM**

Date  07/26/2010

SEP 17 2010

$  *******1,116.86

~~~One Thousand One Hundred Sixteen Dollars and 86/100

**CASH RETURN**

Pay to the
Order of   Americas Servicing co
3480 Stateview Blvd
Fort Mill SC 29715

WFHM

AUG 11 2010

CASH RETURN

THOMAS J. GAFFNEY, Trustee

voided
9.30.10

⑈"000 10 105"⑈ ⑈:04 330 24 93⑈:9 2000 248 399 566"⑈

voided / stopped

Issued to Court